# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY LEMOND HUGGINS

NO. 2024 KW 0616

**OCTOBER 7, 2024**

---

In Re: Terry Lemond Huggins, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 01-19-0584, 01-18-0110, 08-16-0592.

---

**BEFORE: WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's writ of habeas corpus on June 27, 2024, and also acted on relator's motion for release of bond obligation.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT